162 A.3d 286

IN THE MATTER OF CHONG S. KIM, AN ATTORNEY
AT LAW (ATTORNEY NO. 004771997)

June 9, 2017

## ORDER

This matter having been duly presented, it is ORDERED that
**CHONG S. KIM of PALISADES PARK,** who was admitted to
the bar of this State in 1997, and who was suspended from the
practice of law for a period of three months, effective February 10,
2017, by Order of this Court filed January 11, 2017, be restored to
the practice of law, effective immediately; and it is further

ORDERED that **CHONG S. KIM** submit to the Office of
Attorney Ethics monthly reconciliations of his attorney accounts
on a quarterly basis for a period of two years, and until the
further Order of the Court; and it is further

ORDERED that **CHONG S. KIM** continue the terms of the
payment plan in the *Griffith* matter.